Zev Hardman, SBN 289375
1700 Shattuck Ave #246
Berkeley, CA 94709
zevhardman@gmail.com
(510) 730-1706

Attorney for Defendant Francine Butler

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) Case Number: 3:99-cv-00964-MAG |
|---|---|
| Plaintiff, | ) |
| vs. | ) NOTICE OF APPEARANCE OF ) COUNSEL FOR DEFENDANT |
| FRANCINE BUTLER, | ) |
| Defendant. | ) |

TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Zev Hardman hereby enters his appearance as pro bono counsel of record for Defendant Francine Butler in the above-captioned matter. Appearing counsel requests copies of all pleadings, papers, and be provided to the undersigned as follows:

Zev Hardman
1700 Shattuck Ave #246
Berkeley, CA 94709
zevhardman@gmail.com
(510) 730-1706

Date: August 14, 2015                                       Respectfully Submitted,

By: _____

Zev Hardman, Pro Bono Attorney for Defendant